UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE NOLAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. **07CR 737** |
| | ) | |
| v. | ) | Violation: Title 49, United States Code, |
| | ) | Section 46314 |
| NATHANIEL ATOU | ) | |

FILED
J.N
NOV X 7 2007
Nov 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The UNITED STATES ATTORNEY charges:

On or about October 26, 2005, at Chicago, in the Northern District of Illinois, Eastern Division,

NATHANIEL ATOU,

defendant herein, knowingly and willfully entered, in violation of security requirements, an airport area that serves an air carrier, specifically, a United Airlines Employee Only area in Terminal One of O'Hare International Airport;

In violation of Title 49, United States Code, Section 46314.

*Patrick J. Fitzgerald* by WP
UNITED STATES ATTORNEY