# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 737 - 1 | **DATE** | 11/21/2007 |
| **CASE TITLE** | USA vs. Nathaniel Atou | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Nathaniel Atou appears in response to Notice of Arraignment on 11/21/07. Defendant informed of his rights. Enter order appointing Robert D Seeder from the Federal Defender Program as counsel for defendant. Government and defendant agreed on certain conditions of release. Enter O.R. Bond (no cash). Arraignment proceedings held. Defendant informed of his right. Defendant waives formal reading of the Information and enters a plea of not guilty. Status hearing is set for 01/24/08 at 1:00 p.m. Defendant 's appearance is waived for the 01/24/08 status hearing only.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | LXS |
|---|---|---|