## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 737 - 1 | **DATE** | 02/21/08 |
| **CASE TITLE** | USA vs. Nathaniel Atou | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 04/22/08 at 01:30 PM. Defendant's appearance is waived. Time ordered excluded from 02/21/08 to and including 04/22/08.   (X-E)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|