## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 737 - 1 | **DATE** | 06/26/08 |
| **CASE TITLE** | USA vs. Nathaniel Atou | | |

**DOCKET ENTRY TEXT**

Change of plea hearing is set for 06/26/08 is stricken and reset for 08/28/08 at 1:30 p.m. Time ordered excluded from 06/26/08 to and including 08/28/08. (X-E)

Docketing to mail notices.

00:00

| | Courtroom Deputy Initials: | LXS |
|---|---|---|